Same case below, 617 F.3d 864.

**No. 10-703. Ibrahim Mumid, et al., Petitioners v. Abraham Lincoln High School, et al.**

562 U.S. 1218, 131 S. Ct. 1478, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1432.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 789.

**No. 10-714. David H. Marion, as Receiver for Bentley Financial Services, Inc., Petitioner v. Peninsula Bank, et al.**

562 U.S. 1218, 131 S. Ct. 1479, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1360.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 591 F.3d 137.

**No. 10-723. Steven Grey, Petitioner v. Texas.**

562 U.S. 1218, 131 S. Ct. 1482, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1500.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.

**No. 10-734. Eduardo Gracia Bazan, Petitioner v. Texas.**

562 U.S. 1218, 131 S. Ct. 1482, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1498.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

**No. 10-744. Matthew Waldron, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.**

562 U.S. 1218, 131 S. Ct. 1484, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1327.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-745. Brenda Urnikis-Negro, Petitioner v. American Family Property Services, et al.**

562 U.S. 1218, 131 S. Ct. 1484, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1425.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 616 F.3d 665.

**No. 10-750. Vaughn Ray Bradford, Petitioner v. Gary Swarthout, Acting Warden, et al.**

562 U.S. 1218, 131 S. Ct. 1484, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1321.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 715.